## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| CHANEL, INC., a New York Corporation, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| ZHONG ZHIBING a/k/a ZHONG ZHIPING and DOES 1-10, | CASE NO: 3:09-cv-02835 |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with Default Judgment and Permanent Injunction entered on August 20, 2010, this cause is hereby dismissed.


APPROVED:


s/Charmiane G. Claxton
UNITED STATES MAGISTRATE JUDGE

DATE: August 20, 2010              THOMAS M. GOULD
                                   Clerk of Court


                                   S/Chris Sowell
                                   (By) Deputy Clerk